**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-2357**

———————

FRANK A. BALCAR,

                                    Plaintiff - Appellant,

        versus

AVEMCO INSURANCE COMPANY; A. CHURCHEY, West
Virginia Resident Agent,

                                    Defendants - Appellees.

———————

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  Frederick P. Stamp, Jr., District Judge.  (CA-99-148-5)

———————

Submitted:  July 10, 2001                Decided:  July 26, 2001

———————

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Frank A. Balcar, Appellant Pro Se.  William L. Bands, BELL & ASSOCIATES, Charleston, West Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Frank A. Balcar appeals the district court's orders granting Defendant's motion to dismiss and denying reconsideration. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Balcar v. Avemco Ins. Co., No. CA-99-148-5 (N.D.W. Va. Sept. 21, 2000). We deny Avemco's motion for sanctions against Balcar. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2